IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS (**Pension Fund** by its Trustees, Randall Ching, Cedric Ota, Claude C. Matsumoto, Anacleto Alcantara, Leonard Leong, Alan Shintani, Fred Lau, Karl Kamada, Mark Matsumoto, Peter Ganaban, Joby North II, Alfonso Oliver, Pete Lindsey, Richard Nishie, and Narsi Ganaban; **Health & Welfare Fund** by its Trustees, Russell Nonaka, Anacleto Alcantara, Ron Prescott, Mark Tagami, Mark Tamashiro, Alfonso Oliver, Mark Matsumoto, Peter Ganaban, Joby North II, and Richard Nishie; **Annuity Fund** by its Trustees, Ryan Wada, Clay Asato, Anacleto Alcantara, Craig Nakanishi, Audrey Hidano, Mark Matsumoto, Alfonso Oliver, Joby North II, and Richard Nishie; **Laborers' and Employers' Cooperation and Education Trust Fund (LECET)** by its Trustees, Kenneth Kobatake, Leonard Dempsey, Mark Tamashiro, Deron Matsuoka, Peter Ganaban, Mark Matsumoto, and Alfonso Oliver; **Apprenticeship and Training Fund** by its Trustees, Stephen Yoshida, Van Goto, Scott I. Higa, Leonard Leong, Francis Pascual, Peter Ganaban, Mark Matsumoto, Alfonso Oliver, and Alvis McCann; | CIVIL 16-00457-DKW-KJM<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

| | |
|---|---|
| **Vacation & Holiday Fund** by its Trustees, Burt Watanabe, Kyle Nakamura, Anacleto Alcantara, Audrey Hidano, Alfonso Oliver, Joby North II, Mark Matsumoto, and Peter Ganaban), | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| HAWAIIAN CRUSH INC., dba HAWAIIAN CRUSH CLEANING SERVICES, A HAWAII corporation, | ) ) ) ) |
| Defendant. _____ | ) ) ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 20, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT HAWAIIAN CRUSH INC., dba HAWAIIAN CRUSH CLEANING SERVICES, A HAWAII

CORPORATION [DOC. NO. 18]" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: July 10, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Trustees of the Hawaii Laborers' Trust Funds, et al v. Hawaiian Crush Inc;* Civil No. 16-00457 DKW KJM; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**